# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEREK M. DUKE, M.D.,
        Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
        Respondents,
        and
ALLSTATE INSURANCE COMPANY,
        Real Party in Interest.

No. 78899

FILED

JUL 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this matter is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Ronald J. Israel, District Judge
     Backus, Carranza & Burden
     Pyatt Silvestri
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-31017